DORA VIBBARD, as Executrix of HARRY R. VIBBARD, Deceased, Respondent, *v.* KINSER CONSTRUCTION COMPANY, Appellant.

*Vibbard* v. *Kinser Construction Co.*, 153 App. Div. 933, affirmed. (Argued May 19, 1913; decided June 3, 1913.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 13, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*L. B. McKelvey* for appellant.

*Edgar T. Brackett, James A. Leary* and *Walter A. Fullerton* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK, HOGAN and MILLER, JJ.